

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-21-00333-CV

| | | |
|---|---|---|
| 1701 COMMERCE ACQUISITION, LLC, Appellant | § | On Appeal from the 236th District Court |
| | § | of Tarrant County (236-302212-18) |
| V. | § | August 31, 2022 |
| MACQUARIE US TRADING, LLC, Appellee | § | Memorandum Opinion by Justice Bassel |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed in part. We affirm that portion of the trial court's judgment that Appellant 1701 Commerce Acquisition, LLC take nothing on its claims against Appellee Macquarie US Trading, LLC. We reverse that portion of the trial court's judgment that awarded Macquarie attorneys' fees and expenses, and we render judgment that it take nothing on its fee claim.

It is further ordered that each party shall pay its own costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Dabney Bassel
      Justice Dabney Bassel